AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__                District of    __ALABAMA__

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

V.

PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.

CASE NUMBER: 2:05cv1064-C

TO: (Name and address of Defendant)

Peoples Community Bank, Inc.
c/o Registered Agent
109 E. Church Street
Columbia, AL   36219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL   36104
Telephone:   (334) 956-7700
Facsimile:   (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL   35203
Telephone:   (205) 380-3600
Facsimile:   (205) 251-8929

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                         11/10/05
CLERK                                                                       DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

V.

PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.

CASE NUMBER: 2:05cv1064-C

TO: (Name and address of Defendant)
Larry Pitchford
109 E. Church Street
Columbia, AL   36219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL   36104
Telephone:   (334) 956-7700
Facsimile:   (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL   35203
Telephone:   (205) 380-3600
Facsimile:   (205) 251-8929

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     11/10/05
_____              _____
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.

V.

PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1064-C

TO: (Name and address of Defendant)

Jerry Gulledge
117 Collins Street
Eufaula, AL  36027-6050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone:  (334) 956-7700
Facsimile:  (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL  35203
Telephone:  (205) 380-3600
Facsimile:  (205) 251-8929

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  11/10/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA__

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

V.

PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.

CASE NUMBER: 2:05CV1064-C

TO: (Name and address of Defendant)

Harris Leveson
151 Warren Road
Midway, AL  36053-4114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone:  (334) 956-7700
Facsimile:  (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL  35203
Telephone:  (205) 380-3600
Facsimile:  (205) 251-8929

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        11/10/05
_____                                 _____
CLERK                                                   DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

V.

PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.

CASE NUMBER: 2:05cv1064-c

TO: (Name and address of Defendant)

Harris Pest and Termite Control, Inc.
151 Warren Road
Midway, AL  36053

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone:  (334) 956-7700
Facsimile:  (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL  35203
Telephone:  (205) 380-3600
Facsimile:  (205) 251-8929

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  11/10/05