**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

November 17, 2005

## NOTICE OF REASSIGNMENT

Re:    Progressive Casualty Ins. Co., Inc. V. Peoples Comm. Bank, Inc. Et al
       Civil Action No.2:05cv1064-C

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv1064-F.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk