**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Peoples Community Bank, Inc.
   c/o Registered Agent
   109 E. Church Street
   Columbia, AL 36219

2. Article Number
   (Transfer from service label)

   7004 1160 0003 5782 7940

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Debra Hunter_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Debra Hunter
C. Date of Delivery: 11-14-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv1064-c
   SJC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Debra Hunter_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>Debra Hunter  11-14-05 |
| 1. Article Addressed to:<br><br>Larry Pitchford<br>109 E. Church Street<br>Columbia, AL  36219 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>2:05cv1064-E<br>S&C                          20 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5782 7957 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540