AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT
## NORTHERN DIVISION

PROGRESSIVE CASUALTY INSURANCE
COMPANY, INC.,

    Plaintiff,

v.

PEOPLES COMMUNITY BANK, INC.,
LARRY PITCHFORD, JERRY GULLEDGE,
HARRIS LEVESON, AND HARRIS PEST
AND TERMITE CONTROL, INC.,

    Defendants.

*Alias*
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
2:05cv1064-*F*

TO:  Harrison Leveson
     P. O. Box 477
     Eufaula, AL 36072-0477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL 35203
Telephone: (205) 380-3600
Facsimile: (205) 251-8929

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

12-2-05
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT
## NORTHERN DIVISION

PROGRESSIVE CASUALTY INSURANCE
COMPANY, INC.,

    Plaintiff,

v.

PEOPLES COMMUNITY BANK, INC.,
LARRY PITCHFORD, JERRY GULLEDGE,
HARRIS LEVESON, AND HARRIS PEST
AND TERMITE CONTROL, INC.,

    Defendants.

Alias
SUMMONS IN A CIVIL ACTION

CASE NUMBER:
2:05cv1064-

TO:  Harris Pest and Termite Control, Inc.
     P. O. Box 477
     Eufaula, AL  36072-0477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Thomas R. Elliott, Jr.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Suite 430
Birmingham, AL  35203
Telephone:  (205) 380-3600
Facsimile:  (205) 251-8929

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

12-2-05

DATE