IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:05-cv-1064-F ) |
| PEOPLES COMMUNITY BANK, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss, or in the Alternative, Motion to Abstain (Doc. #7) filed on December 5, 2005, it is hereby ORDERED:

1. That the plaintiff file a response which shall include a brief and any evidentiary materials on or before December 30, 2005.

2. The defendants may file a reply brief on or before January 6, 2006.

DONE this 7th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE