## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC. | ) ) ) ) ) | CIVIL ACTION NO.: 2:05CV1064-C |
| Defendants. | | |

### NOTICE OF APPEARANCE

**COME NOW** the undersigned, Gerald P. Gillespy and Jason A. Walters of Burr & Forman LLP, and hereby give notice of their appearance as additional counsel of record for defendant Peoples Community Bank, Inc. in the above-captioned case.

s/Jason A. Walters
Gerald P. Gillespy (GILLG3726)
Jason A. Walters (WALT8747)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000

1419712

James D. Farmer
Christopher Max Mims
FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama  36302
Telephone:  (205) 794-8596

Attorneys for Peoples Community Bank,
Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2005, I electronically filed the foregoing with the
Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to
the following:

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Hallman B. Eady, Esq.
heady@bradleyarant.com

Scott B. Smith, Esq.
ssmith@bradleyarant.com

Thomas R. Elliott, Jr., Esq.
telliott@lyelaw.com

I hereby certify that I have served a copy of the foregoing document upon the following
by placing same in the United States Mail, postage prepaid and properly addressed this 9th day
of December, 2005:

Leah O. Taylor
TAYLOR & TALOR
2130 Highland Avenue
Birmingham, Alabama  35205

Harris Leveson
P.O. Box 477
Eufaula, AL 36072-0477
*PRO SE*

Harris Pest and Termite Control, Inc.
P.O. Box 477
Eufaula, AL 36072-0477
*PRO SE*

s/Jason A. Walters
OF COUNSEL