IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, and HARRIS PEST AND TERMITE CONTROL, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 2:05-CV-1064-F

## MOTION FOR EXTENSION OF TIME

**Progressive Casualty Insurance Company, Inc.** ("Progressive") files this Motion for Extension of Time based upon the following:

1. On November 3, 2005, Progressive filed its Complaint for Declaratory Judgment against the Defendants in this case.

2. On December 5, 2005, Peoples Community Bank, L. Pitchford, and J. Gulledge filed a Motion to Dismiss, or in the Alternative, Motion to Abstain.

3. On December 7, 2005, this Court entered an Order requiring a response to the Defendants' motion on or before December 30, 2005.

4. Progressive had prepared to file its response to the Defendants' motion. In fact, Progressive intended to file its response on today's date, December 28, 2005. However, today, Judge L. Bernard Smithart entered a Final Judgment against Garnishees, Progressive and Royal & SunAlliance Insurance Agency, Inc. in the amount of $3,500,000, plus court costs. See

1

Exhibit A. Judge Smithart's Order of December 28, 2005, raises entirely new issues which must be addressed by Progressive.

5. Further, on today's date, the remaining Defendants filed their motions to dismiss. Progressive should only have to respond once to these motions.

WHEREFORE, premises considered, Progressive respectfully urges the Court to grant it an additional 30 days for filing a response to the Defendants' Motion to Dismiss.

Respectfully submitted,

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com

Thomas R. Elliott, Jr. (ELL021)
LONDON, YANCEY, & ELLIOTT, L.L.C.
2001 Park Place, Suite 430
Birmingham, Alabama 35203
Telephone: (205) 380-3600
Facsimile: (205) 251-8929
Email: telliott@lyelaw.com

Scott B. Smith (SMI219)
Bradley Arant Rose & White LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
Email: ssmith@bradleyarant.com

        Hallman B. Eady (EAD006)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email:  heady@bradleyarant.com

Attorneys for Progressive Casualty Insurance Co.

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason A. Walters
Gerald P. Gillespy
Burr & Forman LLP
3100 Wachovia Tower, 420 North Twentieth Street
Birmingham, AL  35203
jwalters@burr.com
gillespy@bur.com

Christopher Max Mims
James Davis Farmer
Farmer Farmer & Malone PA
112 West Troy Street
P. O. Drawer 668
Dothan, AL  36302-0668
cmm@ffmlaw.com
jdf@ffmlaw.com

E. Ted Taylor
Leah Oldacre Taylor
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205
taylorlaw9@aol.com
lotaylor@taylorlawyers.com

3

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                s/ Charles A. Stewart III
                Charles A. Stewart III (STE067)
                Bradley Arant Rose & White LLP
                The Alabama Center for Commerce
                401 Adams Avenue, Suite 780
                Montgomery, AL 36104
                Telephone: (334) 956-7700
                Facsimile: (334) 956-7701
                Email:  cstewart@bradleyarant.com