```
                    BARBOUR   COUNTY
                    TRANSMITTAL
                                        CV 2004 000067.00
                                        HON. BURT SMITHART

        IN THE CIRCUIT COURT OF BARBOUR      COUNTY
  HARRIS LEVENSON ET AL VS PEOPLES COMMUNITY BANK ET AL


TO: MARTIN JAMES L                    ATTORNEY FOR D001: PEOPLES CO
    P O BOX 14
    EUFAULA  AL  36072




        FINAL JUDGMENTS AGAINST GARNISHEES ATTACHED




        NOTICE DATE: 12/28/2005       CLERK: DAVID S. NIX
                                      303 E BROAD ST, ROOM 201
                                      EUFAULA  AL  36027
                                      (334) 687-1515

OPERATOR: DBH
PREPARED: 12/28/2005
```

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-24K   Rev. 8/98 | **FINAL JUDGMENT AGAINST GARNISHEE** | Case Number<br>CV-04-67 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __BARBOUR__, ALABAMA
      (Circuit or District)                    (Name of County)

__Harris LeVason and Harris Pest &__   v.   __Peoples Community Bank; Larry Pitchford;__
Plaintiff __Termite Control__                      Defendant __Jerry Gulledge, et al__

On __Nov. 22, 2005__ (date), a Conditional Judgment was entered against the garnishee, __Progressive Casualty Insurance Co.__

The above-name garnishee was served with the Conditional Judgment against Garnishee and Notice of Garnishee on __Nov. 23, 2005__ (date), by delivering a copy of same to __Progressive Casualty Ins.__

Because the garnishee failed to appear and answer the Conditional Judgment within 30 days of the service date, judgment is hereby made final of the sum of $ __3,500,000.00__ plus court costs in this matter.

FILED
DEC 28 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

_____
Judge

__12-28-05__
Date

| State of Alabama Unified Judicial System<br>Form C-24K  Rev. 6/98 | **FINAL JUDGMENT AGAINST GARNISHEE** | Case Number<br>CV-04-67 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __BARBOUR__, ALABAMA
(Circuit or District)                    (Name of County)

__Harris Leveson and Harris Pest__ v. __Peoples Community Bank; Larry Pitchford;__
Plaintiff __& Termite Control__            Defendant __Jerry Gulledge, et al__

On __Nov. 22, 2005__ (date), a Conditional Judgment was entered against the garnishee, __Royal & SunAlliance Insurance Agency, Inc.__

The above-name garnishee was served with the Conditional Judgment against Garnishee and Notice of Garnishee on __Nov. 23, 2005__ (date), by delivering a copy of same to __Royal & SunAlliance__.

Because the garnishee failed to appear and answer the Conditional Judgment within 30 days of the service date, judgment is hereby made final of the sum of $ __3,500,000.00__ plus court costs in this matter.

FILED
DEC 28 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

_____
Judge

__12-28-05__
Date