IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY<br>INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1064-F |
| PEOPLES COMMUNITY BANK,<br>INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# **O R D E R**

This cause is before the Court on the Motion for Extension of Time (Doc. # 13) filed on December 28, 2005. The motion is GRANTED. It is hereby further ORDERED as follows upon consideration of the defendants' Motion to Dismiss, or in the Alternative, Motion to Abstain (Doc. #7) filed on December 5, 2005 and defendants' Motion to Dismiss (Doc. # 11), it is hereby ORDERED:

1. That the plaintiff file a response to these motions which shall include a brief and any evidentiary materials on or before January 31, 2006.

2. The defendants may file a reply brief on or before February 10, 2006.

DONE this 29th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE