IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. ) ) ) Plaintiff, ) v. ) ) PEOPLES COMMUNITY BANK, INC., ) LARRY PITCHFORD, JERRY GULLEDGE, ) HARRIS LEVESON, AND HARRIS PEST ) AND TERMITE CONTROL, INC. ) ) Defendants. ) | CIVIL ACTION NO. 2:05CV1064-C |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Peoples Community Bank, Inc., now known as PeoplesSouth Bank, certifies that it is owned by PeoplesSouth Bancshares, Inc., which is not publicly traded.

s/ Gerald P. Gillespy
s/ Jason A. Walters
Gerald P. Gillespy (GILLG3726)
Jason A. Walters (WALT8747)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Peoples Community Bank, Inc.

1431037

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| James D. Farmer, Esq.<br>jdf@ffmlaw.com | Hallman B. Eady, Esq.<br>heady@bradleyarant.com |
| Christopher M. Mims, Esq.<br>cmm@ffmlaw.com | Scott B. Smith, Esq.<br>ssmith@bradleyarant.com |
| Charles A. Stewart, III, Esq.<br>cstewart@bradleyarant.com | Thomas R. Elliott, Jr., Esq.<br>telliott@lyelaw.com |
| E. Ted Taylor, Esq.<br>taylorlaw9@aol.com | Leah O. Taylor, Esq.<br>lotaylor@taylorlawyers.com |

I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 27th day of January, 2006.

Jerry Gulledge
117 Collins Court
Eufaula, Alabama  36027-6050


        s/ Gerald P. Gillespy
        OF COUNSEL