# EXHIBIT D

| State of Alabama Unified Judicial System  Form C-24K  Rev. 8/98 | FINAL JUDGMENT AGAINST GARNISHEE | Case Number CV-04-67 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __BARBOUR__, ALABAMA
(Circuit or District)            (Name of County)

Harris Leveson and Harris Pest & Termite Control  v.  Peoples Community Bank; Larry Pitchford; Jerry Gulledge, et al
Plaintiff                                           Defendant

On __Nov. 22, 2005__ (date), a Conditional Judgment was entered against the garnishee, __Progressive Casualty Insurance Co.__

The above-name garnishee was served with the Conditional Judgment against Garnishee and Notice of Garnishee on __Nov. 23, 2005__ (date), by delivering a copy of same to __Progressive Casualty Ins.__

Because the garnishee failed to appear and answer the Conditional Judgment within 30 days of the service date, judgment is hereby made final of the sum of $ __3,500,000.00__ plus court costs in this matter.

FILED DEC 28 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

_____
Judge

12-28-05
Date