# EXHIBIT E

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| HARRIS LEVESON, an individual; § | |
| HARRIS PEST & TERMITE CONTROL, § | |
| INC., a corporation; § | |
| § | |
| Plaintiffs, § | CASE NO.: CV 04-67 |
| § | |
| vs. § | |
| § | |
| PEOPLES COMMUNITY BANK, § | |
| et al., § | |
| § | |
| Defendants. § | |



FILED JAN 19 2006
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

## MOTION TO ENFORCE AGREEMENT

Come now the Plaintiffs, Harris Leveson and Harris Pest & Termite Control, Inc., and move this Court for an order enforcing the agreement entered into between the parties on August 22, 2005. In support thereof, Plaintiffs state as follows:

1. On February 20, 2004, Plaintiffs Harris Leveson and Harris Pest and Termite Control, Inc. filed a complaint against Defendants Peoples Community Bank (hereinafter "the Bank"), Jerry Gulledge and Larry Pitchford.

2. The case was called for a jury trial in Eufaula on August 22, 2005. The Bank's corporate representative, Larry Pitchford, Jerry Gulledge and Harris Leveson, as well as their attorneys, were present in open court for trial.

3. For various tactical reasons, the Bank, Gulledge and Pitchford proposed that they be allowed to withdraw the jury demand

in the case and try the case ore tenus before the Court. Plaintiffs were reluctant to consent to a nonjury trial, but proposed that they would do so if the Bank, Pitchford and Gulledge would agree to waive any right they may have to appeal any judgment entered in the case. All parties were apprised of the Plaintiffs' proposal and all parties agreed to proceed with a nonjury trial and waive any right to appeal any resulting judgment. The Court was also advised of Defendants' motion and the agreement between the parties.

4. Based on the agreement of the parties, the Court released the jury venire. The case proceeded to a nonjury trial on that same day.

5. After post-trial briefing, the Court made findings of fact and conclusions of law and entered judgment in favor of Harris Leveson and Harris Pest & Termite Control and against the Bank, Pitchford and Gulledge.

6. On November 4, 2005, Defendants filed a motion for new trial/judgment as a matter of law. Defendants' counsel represented to counsel for Plaintiffs that the post-judgment motion was filed for the sole purpose of "gaining time to discuss insurance coverage issues with the insurers." Counsel for Defendants further assured counsel for Plaintiffs that they did not intend to appeal the judgment as agreed by the parties. The Court denied Defendants' motion on December 13, 2005.

7.  Counsel for the Plaintiffs was advised this week that the Bank has retained F. A. "Berry" Flowers, III of the law firm of Burr & Forman to appeal the judgment in the case. An appeal would be a breach of the agreement between the parties.

8.  Plaintiffs relied upon the express waiver of Defendants' right to appeal to their own detriment, specifically by forfeiting their right to trial by jury.

9.  Alabama law favors compromise of any disputed claim. This Court has the power and jurisdiction to enforce the agreement entered into between the parties. Norfolk v. Wynn, 581 So.2d 848 (Ala. 1991). This Court should enforce the agreement voluntarily entered into by the parties. Phillips v. Knight, 559 So.2d 564 (Ala. 1990).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Harris Leveson and Harris Pest & Termite Control, Inc., respectfully request that this Court enter an order enforcing the agreement entered into between the parties on August 22, 2005. In the alternative, Plaintiffs request that the Court immediately set this matter down for an evidentiary hearing and after hearing the evidence, enter an order enforcing the agreement entered into between the parties. Plaintiffs also request that they be awarded damages incurred as a result of Defendants' breach of the agreement, attorney's fees and such other relief as the Court deems proper.

-3-

Respectfully submitted,

*/s/ Ted Taylor*
TED TAYLOR
LEAH O. TAYLOR
Attorneys for Plaintiffs

OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800

### CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed a copy of the foregoing to all attorneys and/or parties of record by first-class mail, postage prepaid on this the 19th day of January, 2006.

James L. Martin, Esq.
P.O. Box 14
Eufaula, Alabama 36072-0014

Ronald H. Rentz, Esq.
207-D West Main Street
Colquitt, Georgia 39837

*/s/ Ted Taylor*
OF COUNSEL

-4-