IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1064-MEF ) |
| PEOPLES COMMUNITY BANK, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw As Counsel for Jerry Gulledge (Doc. #15 & #16) filed on January 27, 2006, it is hereby

ORDERED that the motions are GRANTED. Counsel for Jerry Gulledge are required to provide a copy of this Order to Mr. Gulledge and to provide the court with an address and telephone number for Jerry Gulledge.

It is further ORDERED that Jerry Gulledge file with the court, on or before February 17, 2006, the name of counsel who will be representing him or whether he will be proceeding pro se.

DONE this the 2nd day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE