IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC.<br><br>Defendants. | CIVIL ACTION NO. 2:05CV1064-C |

### NOTICE OF COMPLIANCE

COME NOW James D. Farmer and Christopher M. Mims, Farmer, Farmer & Malone, P.A. ("Counsel"), and hereby give notice to the Court of their compliance with its Order (Doc. #19) of February 2, 2006 (the "Order"). Counsel have mailed copies of the Order, Motion to Withdraw (Doc. # 15) and this Notice to Jerry Gulledge, 117 Collins Court, Eufaula, Alabama 36027-6050 by United States Mail, postage prepaid and properly addressed this 2nd day of February, 2006. Mr. Gulledge's home telephone number is (334) 687-4203 and his work telephone number is (334) 687-3260.

s/ James D. Farmer
s/ Christopher M. Mims
James D. Farmer (FAR011)
Christopher M. Mims (MIM002)
FARMER, FARMER & MALONE, P.A.
112 West Troy Street [36303]
Post Office Drawer 668
Dothan, Alabama 36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401
jdf@ffmlaw.com
cmm@ffmlaw.com
Attorneys for Peoples Community Bank
and Larry Pitchford

1431290

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Gerald P. Gillespy, Esq.<br>ggillesp@burr.com | Hallman B. Eady, Esq.<br>heady@bradleyarant.com |
| Jason A. Walters, Esq.<br>jwalters@fburr.com | Scott B. Smith, Esq.<br>ssmith@bradleyarant.com |
| Charles A. Stewart, III, Esq.<br>cstewart@bradleyarant.com | Thomas R. Elliott, Jr., Esq.<br>telliott@lyelaw.com |
| E. Ted Taylor, Esq.<br>taylorlaw9@aol.com | Leah O. Taylor, Esq.<br>lotaylor@taylorlawyers.com |

I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 2nd day of February, 2006.

Jerry Gulledge
117 Collins Court
Eufaula, Alabama 36027-6050

s/ Christopher M. Mims
OF COUNSEL

1431290

2