IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, AND HARRIS PEST AND TERMITE CONTROL, INC. | )  CIVIL ACTION NO. 2:05CV1064-C<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

COME NOW counsel for the defendants, Peoples Community Bank, Inc. (now known as PeoplesSouth Bank) and Larry Pitchford, and pursuant to the Court's Order of February 2, 2006 hereby gives notice that:

1.  They have provided a copy of the Court's Order and this Notice of Compliance to Jerry Gulledge, and

2.  That the address and telephone numbers for Jerry Gulledge are: 117 Collins Court, Eufaula, Alabama, 36027-6050, home telephone number 334-687-4203 and work telephone number 334-687-3260.

s/ Gerald P. Gillespy
s/ Jason A. Walters
Gerald P. Gillespy (GILLG3726)
Jason A. Walters (WALT8747)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Attorneys for Peoples Community Bank, Inc. and Larry Pitchford

1433921

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| James D. Farmer, Esq.<br>jdf@ffmlaw.com | Hallman B. Eady, Esq.<br>heady@bradleyarant.com |
| Christopher M. Mims, Esq.<br>cmm@ffmlaw.com | Scott B. Smith, Esq.<br>ssmith@bradleyarant.com |
| Charles A. Stewart, III, Esq.<br>cstewart@bradleyarant.com | Thomas R. Elliott, Jr., Esq.<br>telliott@lyelaw.com |
| E. Ted Taylor, Esq.<br>taylorlaw9@aol.com | Leah O. Taylor, Esq.<br>lotaylor@taylorlawyers.com |

I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 3rd day of February, 2006.

Jerry Gulledge
117 Collins Court
Eufaula, Alabama  36027-6050

s/ Gerald P. Gillespy
OF COUNSEL

1433921

2