IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, and HARRIS PEST AND TERMITE CONTROL, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 2:05-CV-1064-F

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Order by the United States District Court for the Middle District of Alabama, notice is hereby given by counsel of record for Progressive Casualty Insurance Company ("Progressive") that the following corporate interests are disclosed:

Progressive is a wholly-owned subsidiary of The Progressive Corporation, a publicly traded entity.

Respectfully submitted,

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com

        Thomas R. Elliott, Jr. (ELL021)
        LONDON, YANCEY, & ELLIOTT, L.L.C.
        2001 Park Place, Suite 430
        Birmingham, Alabama 35203
        Telephone: (205) 380-3600
        Facsimile: (205) 251-8929
        Email: telliott@lyelaw.com

        Scott B. Smith (SMI219)
        Bradley Arant Rose & White LLP
        200 Clinton Avenue West, Suite 900
        Huntsville, AL 35801-4900
        Telephone: (256) 517-5100
        Facsimile: (256) 517-5200
        Email: ssmith@bradleyarant.com

        Hallman B. Eady (EAD006)
        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        Email: heady@bradleyarant.com

        Attorneys for Progressive Casualty Insurance Co.

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Jason A. Walters
  Gerald P. Gillespy
  Burr & Forman LLP
  3100 Wachovia Tower, 420 North Twentieth Street
  Birmingham, AL 35203
  jwalters@burr.com
  gillespy@bur.com

  Christopher Max Mims
  James Davis Farmer
  Farmer Farmer & Malone PA
  112 West Troy Street
  P. O. Drawer 668
  Dothan, AL 36302-0668

      cmm@ffmlaw.com
      jdf@ffmlaw.com

      E. Ted Taylor
      Leah Oldacre Taylor
      Taylor & Taylor
      2130 Highland Avenue
      Birmingham, AL 35205
      taylorlaw9@aol.com
      lotaylor@taylorlawyers.com

      Clinton C. Carter
      Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
      Post Office Box 4160
      Montgomery, Alabama 36103-4160
      clint.carter@beasleyallen.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

                          s/ Charles A. Stewart III
                          Charles A. Stewart III (STE067)
                          Bradley Arant Rose & White LLP
                          The Alabama Center for Commerce
                          401 Adams Avenue, Suite 780
                          Montgomery, AL 36104
                          Telephone: (334) 956-7700
                          Facsimile: (334) 956-7701
                          Email:  cstewart@bradleyarant.com