IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO.-05-CV-01064-MEF-CSC |
| | § | |
| PEOPLES COMMUNITY BANK, INCORPORATED, et al., | § | |
| | § | |
| Defendants. | § | |

**ENTRY OF APPEARANCE**

Comes now Peter A. McInish and enters his appearance as counsel of record for Defendant, Jerry Gulledge.

**LEE & MCINISH, P.C.**

Peter A. McInish (MCI005)

OF COUNSEL:
***LEE & McINISH, P.C., ATTORNEYS***
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
334/792-4156
334/794-8342 (facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 17th day of February, 2006 served a copy of the foregoing pleading, postage prepaid and properly addressed via United States Mail and facsimile to the following counsel of record.

Charles Andrew Stewart, III, Esq.
**Bradley Arant Rose & White, LLP**
Post Office Box 1469

Montgomery, AL 36102-1469
(334) 956-7608
(334) 956-7808 Facsimile
*Attorney for Progressive Casualty Insurance Company, Inc.*

Hallman Blair Eady, Esq.
**Bradley Arant Rose & White, LLP**
Post Office Box 830709
Birmingham, AL 35283
(205) 521-8375
(205) 488-6375 Facsimile
*Attorney for Progressive Casualty Insurance Company, Inc.*

Scott Burnett Smith, Esq.
**Bradley Arant Rose & White, LLP**
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801
(256) 517-5198
(256) 517-5200
*Attorney for Progressive Casualty Insurance Company, Inc*

Thomas Renfro Elliott, Jr., Esq.
**London & Yancey**
400 Park Place Tower
2001 Park Place
Birmingham, AL 35203
(205) 251-2531
(205) 251-8929 Facsimile
*Attorney for Progressive Casualty Insurance Company, Inc*

Christopher Max Mims, Esq.
**Farmer, Farmer & Malone, PA**
112 West Troy Street
Post Office Drawer 668
Dothan, AL 36302
(334) 794-8596
(334) 794-4401 Facsimile
*Attorney for Defendants*
*Peoples Community Bank, Incorporated*
*and Larry Pitchford*

James Davis Farmer, Esq.
**Farmer, Farmer & Malone, PA**
112 West Troy Street
Post Office Drawer 668

Dothan, AL 36302
(334) 794-8596
(334) 794-4401 Facsimile
*Attorney for Defendants*
*Peoples Community Bank, Incorporated*
*and Larry Pitchford*

Gerald Palfery Gillespy, Esq.
**Burr & Forman, LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
(205) 458-5348
(205) 244-5644 Facsimile
*Attorney for Defendant*
*Peoples Community Bank, Incorporated*

Jason Allen Walters, Esq.
**Burr & Forman, LLP**
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203
(205) 251-3000
(205) 244-5717 Facsimile
*Attorney for Defendants*
*Peoples Community Bank, Incorporated*
*and Larry Pitchford*

Clinton Chadwell Carter, Esq.
**Beasley Allen Crown Methvin**
**Portis & Miles, PC**
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 Facsimile
*Attorney for Defendant Jerry Gulledge*

E. Ted Taylor, Esq.
**Taylor & Taylor**
2130 Highland Avenue
Birmingham, AL 35205
(205) 558-2800
(205) 558-2860 Facsimile
*Attorney for Defendant*
*Harris Pest and Termite Control, Inc.*

Leah Oldacre Taylor, Esq.
**Taylor & Taylor**
2130 Highland Avenue
Birmingham, AL 35205
(205) 558-2800
(205) 558-2860 Facsimile
*Attorney for Defendant*
*Harris Pest and Termite Control, Inc.*

OF COUNSEL