IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1064-MEF |
| PEOPLES COMMUNITY BANK, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw As Attorney (Doc. #26) filed on February 20, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 1st day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE