IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE CASUALTY** ) | |
| **INSURANCE COMPANY, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **PEOPLES COMMUNITY BANK, INC.,** ) | **2:05-cv-1064-MEF-CSC** |
| **LARRY PITCHFORD, JERRY** ) | |
| **GULLEDGE, HARRIS LEVESON, AND** ) | |
| **HARRIS PEST AND TERMINTE** ) | |
| **CONTROL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO SET ASIDE JUDGMENT
## AND REINSTATE CAUSE OF ACTION

Plaintiff, Progressive Casualty Insurance Company ("Progressive") moves the Court to set aside the judgment dismissing this action without prejudice dated June 27, 2006 and to reinstate this action to the active docket of this Court and for grounds states:

1. On May 31, 2006, Defendants in this action, Peoplessouth Bank, Inc., formerly known as Peoples Community Bank, Larry Pitchford and Jerry Gulledge ("Bank Defendants") filed an action, CV-2006-00085, in the Circuit Court of Barbour County, Alabama ("State Court Action"), styled *Peoplessouth Bank, et al. v. Progressive Casualty Insurance Company, Royal Indemnity Company, Harris Leveson and Harris Pest & Termite Control, Inc.* ("Leveson Defendants"). In the State Court Action, the Bank Defendants allege that Progressive breached its insurance contract by failing to provide insurance coverage to the bank under Progressive Policy Number 10026768-01 ("Policy"), which provided directors and officers coverage, as limited by the terms, conditions and exclusions contained therein, for the period March 26, 2003 to March 26, 2004. In addition, the State Court Action filed by the Bank Defendants contains a

claim for declaratory relief requesting the Court to determine that the Bank Defendants are entitled to insurance coverage under the Policy.

2. The State Court action fraudulently joined as defendants – Harris Leveson and Harris Pest & Termite Company.

3. Contemporaneously with the filing of this Motion, Progressive is removing the State Court Action to this Court.

4. Dismissal of this action without prejudice is premature.

5. The Bank Defendants have asked this court to abstain from determining insurance coverage in the present action in deference to the action previously filed by Harris Leveson and Harris Pest and Termite Control against them in the Circuit Court of Barbour County, Alabama, CV-04-67.  The Bank Defendants, however, have now requested the Circuit Court of Barbour County, Alabama to make such a determination in the State Court Action.  The filing of the State Court Action waives any right the Bank Defendants might have to continue to assert that this action be dismissed under the abstention doctrine.

6. The Leveson Defendants are fraudulently joined as defendants in the State Court action in that the Bank Defendants in that action have no legally cognizable claims against Harris Leveson or Harris Pest & Termite Control, Inc.  Further, the Bank Defendants have improperly aligned the Leveson Defendants as such in the State Court action and these defendants should be realigned as party plaintiffs against Progressive and Royal in the State Court Action.

7. Progressive reserves its rights to amend and add further grounds to this motion as soon as they may reasonably be ascertained.

**ORAL ARGUMENT REQUESTED**

        Respectfully submitted,

        s/ Hallman B. Eady
        Hallman B. Eady (ASB-1093-L75E)
        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        E-mail: heady@bradleyarant.com

        One of the Attorneys for Plaintiff
        Progressive Casualty Insurance Company, Inc.

OF COUNSEL:

Charles A. Stewart III (ASB-4955-A56C)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  cstewart@bradleyarant.com

Scott B. Smith (ASB- 3615-T82S)
Bradley Arant Rose & White LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
Email:  ssmith@bradleyarant.com

Thomas R. Elliott, Jr. (ASB-1499-L74T)
LONDON, YANCEY, & ELLIOTT, L.L.C.
2001 Park Place, Suite 430
Birmingham, Alabama 35203
Telephone: (205) 380-3600
Facsimile: (205) 251-8929
Email:  telliott@lyelaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Max Mims
McDowell, Knight, Roedder & Sledge, L.L.C.
Post Office Box 350
Mobile, Alabama 36601-0350
cmims@mcdowelknight.com

Gerald Palfery Gillespy
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
gillespy@burr.com

James Davis Farmer
Farmer, Farmer & Malone PA
Post Office Drawer 668
Dothan, AL 36303
jdf@ffmlaw.com

Jason Allen Walters
Burr & Forman LLP
420 North 20th Street, Ste. 3100
Birmingham, AL 35203
jwalters@burrr.com

Leah O. Taylor, Esq.
E. Ted Taylor, Esq.
2130 Highland Avenue
Birmingham, Alabama 35205
taylor9@aol.com
lotaylor@taylorlawyers.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ Hallman B. Eady
Hallman B. Eady
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: heady@bradleyarant.com
