IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:05CV1064-MEF-CSC ) |
| PEOPLES COMMUNITY BANK, INC., et al., | ) ) ) |
| Defendants. | ) |

## **MOTION TO WITHDRAW**

Christopher M. Mims moves the Court to allow him to withdraw as counsel for People Community Bank, Inc. and Larry Pitchford. As grounds, the undersigned states that he is no longer associated with the law firm of Farmer, Farmer & Malone. James D. Farmer will continue to serve as counsel for the foregoing defendants.

Respectfully submitted,


/s/ CHRISTOPHER M. MIMS
CHRISTOPHER M. MIMS (MIMSC3828)

OF COUNSEL:

McDOWELL KNIGHT ROEDDER &
    SLEDGE, LLC
P.O. Box 350
Mobile, AL 36601
Phone: 251-432-5300
Fax: 251-432-5303
cmims@mcdowellknight.com

**Certificate of Service**

  I hereby certify that on this the 28th day of June, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

Hallman Blair Eady
(heady@bradleyarant.com)

Thomas Renfro Elliott, Jr.
(telliott@lyelaw.com)

James Davis Farmer, Esq.
(jdf@ffmlaw.com)

Gerald Palfery Gillespy, Esq.
(gillespy@burr.com)

Peter Allen McInish, Esq.
(pmcinish@leeandmcinish.com

E. Ted Taylor, Esq.
(taylorlaw9@aol.com)

Leah O. Taylor, Esq.
(lotaylor@taylorlawyers.com)

Jason Allen Walters, Esq.
(jwaters@burr.com)

Scott Burnett Smith, Esq.
(ssmith@bradleyarant.com)

                 /s/ CHRISTOPHER M. MIMS