IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1064-MEF |
| ) | |
| PEOPLES COMMUNITY BANK, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by Christopher M. Mims (Doc. #31) on June 28, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE