IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1064-MEF |
| | ) |
| PEOPLES COMMUNITY BANK, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Set Aside Judgment (Doc. #30) on June 27, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before July 21, 2006 as to why the motion should not be granted.

DONE this the 13th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE