IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NUMBER |
| PEOPLES COMMUNITY BANK, INC.; LARRY PITCHFORD; JERRY GULLEDGE; HARRIS LEVESON; HARRIS PEST AND TERMITE CONTROL, INC., | § § § § § § § | 2:05cv1064-F |
| Defendants. | § | |

**OPPOSITION OF HARRIS LEVESON AND HARRIS PEST & TERMITE CONTROL TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT**

Come now Defendants Harris Leveson and Harris Pest & Termite Control, Inc., by and through their undersigned counsel, and in opposition to Plaintiff's motion to set aside judgment and reinstate cause of action, state as follows:

On June 27, 2006, this Court dismissed without prejudice Plaintiff's declaratory judgment action. Plaintiff has presented no arguments of a manifest error of law or fact, newly discovered or previously unavailable evidence, manifest injustice or an intervening change in the controlling law sufficient to set aside the order of dismissal. Fed. R. Civ. P. 59. The <u>Brillhart</u> factors weigh in favor of dismissal. <u>Brillhart v. Excess Ins. Co. of America</u>, 316 U.S. 491, 495 (1942)("Federal district courts may use their discretion to dismiss declaratory actions when the controversy could be "better settled in the proceeding pending in

state court."); <u>Ameritas Variable Life Ins. Co. v. Roach</u>, 411 F.3d 1328 (11th Cir. 2005).

WHEREFORE, PREMISES CONSIDERED, Defendants Harris Leveson and Harris Pest & Termite Control, Inc., respectfully request that Plaintiff's motion to set aside judgment and reinstate cause of action be denied.

Respectfully submitted,

/s/ Ted Taylor<br>State Bar No. ASB-6435-L75E

/s/ Leah O. Taylor<br>State Bar No. ASB-9871-A57L

ATTORNEYS FOR DEFENDANTS

<u>OF COUNSEL:</u>

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800
taylorlaw9@aol.com (e-mail)
lotaylor@taylorlawyers.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed this Opposition so that service will be sent by the ECMF System via electronic mail to:

James D. Farmer, Esq.
jdf@ffmlaw.com

Gerald P. Gillespy, Esq.
gillespy@burr.com

Jason A. Walters, Esq.
jwalters@burr.com

Hallman B. Eady, Esq.
heady@bradleyarant.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Scott B. Smith, Esq.
ssmith@bradleyarant.com

Thomas R. Elliott, Jr., Esq.
telliott@lyelaw.com


on this the 21st day of July, 2006.


                                          /s/ Leah O. Taylor
                                          Of Counsel