IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) CASE NO. 2:05-cv-1064-MEF ) |
| PEOPLE COMMUNITY BANK, INC., *et al.*, | ) (WO-Not Recommended for Publication) ) ) |
| DEFENDANTS. | ) |

## **ORDER**

This court has carefully considered the merits of the arguments made in support of and in opposition to the Motion to Set Aside Judgment and Reinstate Cause of Action (Doc. # 30). It is hereby ORDERED that the Motion to Set Aside Judgment and Reinstate Cause of Action (Doc. # 30) is DENIED.

DONE this the 24th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE